UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X** YES   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO   **YES X** ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   **United States v. Gary M. Aumann and Donald E. Down, 07 CR 844**

3) Is this a re-filing of a previously dismissed indictment or information? **NO X**   YES
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO X**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   **NO X**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)  ☐ Income Tax Fraud ........ (II)  ☐ DAPCA Controlled Substances (III)
   ☐ Criminal Antitrust ..... (II)  ☐ Postal Fraud ........... (II)  ☐ Miscellaneous General Offenses (IV)
   ☐ Bank robbery ....... (II)  **X Other Fraud** .......... (III)  ☐ Immigration Laws ...... (IV)
   ☐ Post Office Robbery .... (II)  ☐ Auto Theft .......... (IV)  ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Other Robbery ....... (II)  ☐ Transporting Forged Securities (III)  ☐ Food & Drug Laws ....... (IV)
   ☐ Assault ........ (III)  ☐ Forgery .............. (III)  ☐ Motor Carrier Act ........ (IV)
   ☐ Burglary ........... (IV)  ☐ Counterfeiting ......... (III)  ☐ Selective Service Act ..... (IV)
   ☐ Larceny and Theft ... (IV)  ☐ Sex Offenses .......... (II)  ☐ Obscene Mail ......... (III)
   ☐ Postal Embezzlement ... (IV)  ☐ DAPCA Marijuana ...... (III)  ☐ Other Federal Statutes (III)
   ☐ Other Embezzlement .. (III)  ☐ DAPCA Narcotics ....... (III)  ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC § 1341

**BRIAN HAYES**
Assistant United States Attorney