Minute Order Form (rev. 4/99)    07 GJ 838

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE JOHN W. DARRAH | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0844 | DATE | MAY 13, 2008 |
| CASE TITLE | US v. ROBERT ROGERS & ROBIN ROGERS VARGO | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING**    **MAGISTRATE JUDGE SCHENKIER**

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

BOND PREVIOUSLY SET IN 07 CR 844 TO STAND AS BOND IN THIS INSTANCE AS TO BOTH DEFENDANTS.

**FILED**

MAY 13 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE      (ONLY IF FILED
OR MAGISTRATE JUDGE      UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#