# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 4,5 | **DATE** | 6/3/2008 |
| **CASE TITLE** | United States of America vs. Robert Rogers, Robin Rogers Vargo | | |

**DOCKET ENTRY TEXT**

Arraignment set for 6/4/08 at 11:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|