## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

United States of America v.
Gary Anmann et. al.,

Case Number:

07 CR 844

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert Rogers

FILED 6-4-08
JUN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Gregory T. Mitchell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gregory Mitchell | |
| FIRM Law Office of Gregory T. Mitchell, P.C. | |
| STREET ADDRESS 18141 Dixie Highway, Suite 111 | |
| CITY/STATE/ZIP Homewood, IL 60430 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6195711 | TELEPHONE NUMBER 708/799-9325 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]    APPOINTED COUNSEL [X] | |