# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. AUMANN et al
FOR: NORTHERN DISTRICT OF ILLINOIS, EASTERN
AT:

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Robert ~~Roberts~~ Rogers

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: 07 CR 844
Court of Appeals:

FILED JUN 04 2008
Magistrate Judge Sidney I. Schenkier
United States District Court

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

18 U.S.C. § 1341 & 2

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☒ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ 200
IF NO, give month and year of last employment. How much did you earn per month $ _____
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month $ 2,200
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
RECEIVED: $ 1500/month    SOURCES: Social Security

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes  ☐ No  IF YES, state total amount $ 200

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☒ No
VALUE: 0   DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Debt | Monthly Payt. |
|---|---|---|---|
| | credit cards | $4,000 | $200 |
| | utilities for home | | $330 |
| | | | $530 |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature: Robert Rogers]    06-04-08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.