# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 4,5 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Robert Rogers, Robin Rogers Vargo | | |

**DOCKET ENTRY TEXT**

Status hearing set for 7/9/08 is re-set to 8/20/08 at 9:45 a.m. for defendants Robert Rogers and Robin Rogers Vargo. In the interests of justice, time is ordered excluded to 8/20/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 4,5 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Robert Rogers, Robin Rogers Vargo | | |

**DOCKET ENTRY TEXT**

Status hearing set for 7/9/08 is re-set to 8/20/08 at 9:45 a.m. for defendants Robert Rogers and Robin Rogers Vargo. In the interests of justice, time is ordered excluded to 8/20/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|