## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 844 - 4,5 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Robert Rogers, Robin Rogers Vargo | | |

**DOCKET ENTRY TEXT**

Status hearing held for defendants Robert Rogers and Robin Rogers Vargo. Change of plea hearing set for 9/23/08 at 1:00 p.m. for both defendants. In the interest of justice, time is ordered excluded to 9/23/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|